IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMIL MAMATKASYM UULU,<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLINS, in their official capacity as Secretary of the United States Department of Homeland Security; TODD BLANCHE, in their official capacity as Acting Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD, in their official capacity as St. Paul Acting Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and CAROLYN SOMMER, in their official capacity as Acting Warden of McCook Detention Center,<br><br>Respondents. | 4:26CV3142<br><br><br>**ORDER TO SERVE AND FILE PROOF OF SERVICE ON STATE RESPONDENT** |

This is an action for habeas corpus relief pursuant to 28 U.S.C. § 2241. Filing 1 at 1–2 (¶¶ 1–2). On May 8, 2026, the Court entered an Order to Show Cause that *inter alia* set a deadline for respondents to make a return not later than three business days after service of Uulu's Petition with the Order to Show Cause and a deadline of three business days after the filing of respondents' return for Uulu to file any reply. Filing 6 at 4. The Court also indicated that, upon the filing of respondents' return and Uulu's reply, the Court would promptly set a hearing on this matter. Filing 6 at 4.

Notwithstanding that no proof of service on any respondent had yet been filed, the Federal Respondents filed their return on May 12, 2026. Filing 7. Uulu filed a reply on May 15, 2026.

1

Filing 10. However, there is still no proof of service on the State Respondent—the Acting Warden of the McCook Detention Center—nor has anyone appeared on behalf of the State Respondent. Consequently, the Court will not proceed further on the Petition in this matter until the record demonstrates that Uulu's physical custodian has been served, thus establishing the Court's subject-matter jurisdiction. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35, 442 (2004). Accordingly,

IT IS ORDERED that Petitioner Uulu shall promptly serve his Petition and a copy of the Order to Show Cause on the State Respondent and shall file proof of such service with the Court within twenty-four hours of effecting such service. Upon the filing of Uulu's proof of service on the State Respondent, the Court will proceed further on this matter.

Dated this 18th day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2